■ In the Matter of RAYMOND H. DODGE, as Commissioner of Public Works of the City of Syracuse, Appellant, v. EL ROH REALTY CORP., Respondent.— Order unanimously affirmed, with costs. Memorandum: The city is in error in its contention that the Commissioners of Appraisal awarded $18 per square foot for the land. The record shows that the award was at the rate of $11 per square foot, and Special Term properly confirmed the award (*Matter of Huie*, 2 N Y 2d 168). The grant of 5% additional allowance was within the proper discretion of Special Term (see *Matter of Dodge* v. *Tierney*, 40 A D 2d 936). (Appeal from order of Onondaga Special Term in condemnation proceeding.) Present — Marsh, J. P., Witmer, Moule, Cardamone and Henry, JJ.

■ In the Matter of RAYMOND H. DODGE, as Commissioner of Public Works of the City of Syracuse, Respondent-Appellant, v. CONNECTICUT MUTUAL LIFE INSURANCE Co., Appellant-Respondent.— Order unanimously modified to grant defendant an additional allowance in the sum of $20,737.75 with costs. Memorandum: The record shows that the city did not negotiate with defendant in good faith, originally offering only $175,000 when its own appraisal placed the value of the property in excess of $250,000. Defendant obtained an award in the sum of $414,755, which was properly confirmed by Special Term (*Matter of Huie*, 2 N Y 2d 168). Under the circumstances it was an improvident exercise of discretion by Special Term to deny defendant an additional allowance of 5% as authorized by Condemnation Law (§ 16, subd. 2) (see *Matter of Dodge* v. *Tierney*, 40 A D 2d 936). (Appeal from part of order of Onondaga Special Term in condemnation proceeding.) Present — Marsh, J. P., Witmer, Moule, Cardamone and Henry, JJ.

■ In the Matter of RAYMOND H. DODGE, as Commissioner of Public Works of the City of Syracuse, Appellant, v. EMIL J. COLOZZI, Respondent.— Order unanimously affirmed, with costs. Memorandum: The city has withdrawn its objections to the award for the property. The additional allowance granted to defendant was within the proper discretion of Special Term (see *Matter of Dodge* v. *Tierney*, 40 A D 2d 936). (Appeal from part of order of Onondaga Special Term in condemnation proceeding.) Present — Marsh, J. P., Witmer, Moule, Cardamone and Henry, JJ.